UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:09 CV-20-M

*ELECTRONICALLY FILED*

| | |
|---|---|
| LINDA HAMPTON | ) |
| PLAINTIFF | ) ) |
| v. | ) ) |
| LOWE'S HOME CENTERS, INC. | ) ) |
| DEFENDANT | ) ) |

## OPINION & ORDER

\* \* \* \* \* \*

This matter is before the Court on the joint motion of the parties to remand this action back to Barren Circuit Court on the grounds that the plaintiff is not seeking, nor will she accept, damages in the amount of more than $75,000.00. Based upon the plaintiff's stipulation, the defendant believes that remanding this case to Barren Circuit Court is appropriate. The court having considered their record herein and being otherwise sufficiently advised;

IT IS ORDERED that the matter is REMANDED to the Barren Circuit Court as this Court lacks jurisdiction under 28 U.S.C. § 1332 in light of the insufficient amount in controversy.

Copies to: Counsel of record
Barren Circuit Court Clerk
USMJ Goebel
Kelly Lovell
Pat Harralson